Case No. 14-51151

DR. MARY LOUISE SERAFINE,

*Plaintiff - Appellant*

v.

TIM F. BRANAMAN, Chairman, Texas State Board of Examiners of Psychologists, in his official capacity; DARREL D. SPINKS, Executive Director, Texas State Board of Examiners of Psychologists, in his official capacity,

*Defendants - Appellees*

**On Appeal from the United States District Court
for the Western District of Texas
No. A-11-cv-01018, the Honorable Lee Yeakel**

APPELLANT'S MOTION FOR TEN-DAY EXTENSION OF TIME

Mary Louise Serafine, Ph.D., J.D., *Pro Se*
P.O. Box 4342
Austin, Texas  78765
512-220-5452
mlserafine@gmail.com

TO THE HONORABLE COURT:

Pursuant to Fifth Circuit Rule 27, Appellant Mary Louise Serafine seeks a ten-day extension of time to file appellant's opening brief. This is a civil case. This is Appellant's second request, the first having been generously granted for 30 days, as the original deadline was New Year's Eve, requiring work through Christmas. If granted, this request would meet but not exceed the 40-day maximum in a civil case under the Court's IOP related to Rule 27.

Appellant proceeds *pro se* and in the interim filed a written motion to file electronically, which was granted on January 5, 2015 by Memorandum received by mail. Appellant is prepared to proceed *pro se,* as the district court permitted, but has decided to seek representation and is awaiting counsel's determination of whether they can take the case.

For all of the foregoing reasons, Appellant respectfully requests an extension of 10 days to file Appellant's Brief, to and including February 9, 2015.

Respectfully submitted,

*/s/ M. L. Serafine*

Mary Louise Serafine, Ph.D., J.D. *pro se*

## Certificate of Conference

On January 16, 2015, I contacted Mr. Alex Potapov, Assistant Solicitor General of the State of Texas, who is the opposing counsel in this matter, to determine whether he would oppose this motion. I have not yet received a reply as of the date and time of filing this motion, and therefore have not determined whether it is opposed or unopposed.

## Certificate of Service

On January 21, 2015, I filed this motion through the court's electronic filing system, having determined that the counsel below was already registered to receive service for this case. Thus, counsel was served concurrent with this filing.

Alex Potapov, Esq.
Assistant Solicitor General
Office of the Attorney General
General Litigation Division-019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Alex.Potapov@texasattorneygeneral.gov
(512) 475-4263

*/s/ M. L. Serafine*

Mary Louise Serafine, Ph.D., J.D. *pro se*